

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,110-01

### EX PARTE BARNEY RONALD FULLER

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS FROM CAUSE NO. 04-CR-27 IN THE 349TH DISTRICT COURT HOUSTON COUNTY

*Per Curiam*.

### O R D E R

This is an application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071.

In July 2004, a jury found applicant guilty of the offense of capital murder committed in May 2003. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure Article 37.071, and the trial court, accordingly, set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Fuller v. State*, No. AP-74,980 (Tex. Crim. App. April 30, 2008).

Applicant presents eight allegations in his application in which he challenges the validity of his conviction and resulting sentence. The trial court did not hold an evidentiary hearing. The trial court entered findings of fact and conclusions of law recommending that the relief sought be denied.

This Court has reviewed the record with respect to the allegations made by applicant. Based upon the trial court's findings and conclusions and our own review, we deny relief.

IT IS SO ORDERED THIS THE 14th DAY OF JANUARY, 2015.

Do Not Publish